IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| **CLAYTON LAMONT VANN**<br>ADC #108062 | **PLAINTIFF** |
| v. | Case No. 5:14-cv-00118-KGB-JTR |
| **MICHELINE OLSON, et al.** | **DEFENDANTS** |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Dispositions submitted by United States Magistrate Judge J. Thomas Ray (Dkt. Nos. 33, 39). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Dispositions should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Plaintiff Clayton Lamont Vann's motion for preliminary injunction is denied (Dkt. No. 11).

2. Defendant Wendy Kelly is dismissed without prejudice from this action due to Mr. Vann's failure to state a claim upon which relief can be granted against her.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting these Proposed Findings and Recommended Partial Dispositions would not be taken in good faith.

SO ORDERED this the 14th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE