IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CLAYTON LAMONT VANN**                                                                       **PLAINTIFF**
**ADC #108062**

v.                              Case No. 5:14-cv-00118-KGB-JTR

**CONNIE HUBBARD, APN**
**Varner Unit, ADC, et al.**                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 68), as well as the timely objections filed by plaintiff Clayton Lamont Vann (Dkt. No. 73). After carefully considering the documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Defendants' motion for partial summary judgment is granted in part and denied in part (Dkt. No. 51).

2. As to defendant Aleeshia Quinones, Mr. Vann is allowed to proceed only on those claims that arose on April 3, 2013, and that are described in grievance VSM13-01286.

3. As to defendants Connie Hubbard, Deborah York, and Ojiugo Iko, Mr. Vann is allowed to proceed only on those claims that arose during the period from April 3, 2013, to August 6, 2013, and that were properly exhausted in grievances VSM13-01286, VSM13-02342, VSM13-02688, and VSM13-02913.

    4.    All other claims against defendants Ms. Quinones, Ms. Hubbard, Ms. York, and Dr. Iko are dismissed without prejudice for failure to exhaust administrative remedies.

    5.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 27th day of April, 2015.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE