IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CLAYTON LAMONT VANN**                                                                                   **PLAINTIFF**
**ADC #108062**

v.                          Case No. 5:14-cv-00118-KGB-JTR

**CONNIE HUBBARD, APN**
**Varner Unit, ADC, et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is dismissed. Judgment is entered in favor of defendants on plaintiff Clayton Lamont Vann's claims pursuant to 42 U.S.C. § 1983, and this case is closed. This Court dismisses with prejudice Mr. Vann's claims pursuant to 42 U.S.C. § 1983 and dismisses without prejudice his pendent state medical malpractice claims. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ADJUDGED this the 30th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE